McGREGOR W. SCOTT
United States Attorney
DEBORAH STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
S. WYETH McADAM
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 268-5610
    Facsimile: (415) 744-0134
    E-Mail: Elizabeth.Firer@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO TRENT TILLIS,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | No. 2:19-cv-01125-DB<br><br>STIPULATION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND FOR ENTRY OF JUDGMENT; ORDER |

IT IS HEREBY STIPULATED, by and between Antonio Trent Tillis (Plaintiff) and Andrew Saul, Commissioner of Social Security (the Commissioner or Defendant), through their respective counsel of record, that this action be remanded for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four. On remand, the Commissioner will conduct any necessary further proceedings and issue a new decision with evidentiary support for the findings. The Appeals Council will instruct the administrative law judge (ALJ) to obtain supplemental vocational expert (VE) testimony to assist in determining Plaintiff's ability to perform his past relevant work and in determining what jobs exist, if any, for Plaintiff given his age, education, vocational factors and residual functional capacity. The Appeals Council will

Stipulation for Voluntary Remand, 2:19-cv-01125-DB

1

instruct the ALJ to obtain a reasonable explanation for any conflicts between the VE testimony and the Dictionary of Occupational Titles. The Appeals Council will instruct the ALJ to take further action, as warranted, to complete the administrative record and resolve the above issues.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

*/s/ Jeffrey R. Duarte**
JEFFREY R. DUARTE
Rockwell, Kelly, Duarte, LLP
Counsel for Plaintiff
*As authorized via email on February 25, 2020

McGREGOR W. SCOTT
United States Attorney

Dated: February 25, 2020  By:  */s/ S. Wyeth McAdam*
S. WYETH McADAM
Special Assistant United States Attorney
Counsel for Defendant

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

DATED: February 27, 2020         /s/ DEBORAH BARNES
                                 UNITED STATES MAGISTRATE JUDGE